sage
PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 09/05/2026, Phillip Williams, Jr

completed a course on personal financial management given by Sage Personal Finance, an approved provider of debtor education in the Middle District of North Carolina .

Case number: 26-50720

Certificate number: NCM26-507205013184

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance