sage PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 09/08/2026, Avery Devaughn, Sr

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of North Carolina .

Case number: 26-50733

Certificate number: NCM26-507335016726

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance